```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
AEGIS CAPITAL CORP.,                     :
                                         :
                    Plaintiff,           :
             -v-                         :    21cv7344(DLC)
                                         :
GREENWICH LIFESCIENCES, INC.,            :       ORDER
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    On September 1, 2021, the plaintiff moved for a temporary restraining order and a preliminary injunction.  Accordingly, it is hereby

    ORDERED that the plaintiff shall serve its September 1 motion on the defendant by **September 1, 2021.**

    IT IS FURTHER ORDERED that a telephone conference is scheduled for **September 2, 2021 at 3:00 pm.**  The parties shall use the following dial-in credentials for the telephone conference:

```
            Dial-in:        888-363-4749
            Access code:    4324948
```

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

SO ORDERED:

Dated:   New York, New York
         September 1, 2021

_____
DENISE COTE
United States District Judge