```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
AEGIS CAPITAL CORP,                      :
                                         :    21cv7344 (DLC)
                           Plaintiff,    :
                                         :        ORDER
              -v-                        :
                                         :
GREENWICH LIFESCIENCES, INC.,            :
                                         :
                           Defendant.    :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On September 2, 2021, a temporary restraining order was issued against the defendant Greenwich Lifesciences, Inc. ("Greenwich"). On September 9, Snehal Patel, the CEO of Greenwich, sent this Court's Pro Se Office a letter, which that Office docketed. On September 10, Patel sent an email with attachments to the Chambers e-mail inbox.

Corporations must be represented by an attorney in federal court. U.S. ex rel. Mergent Servs. v. Flaherty, 540 F.3d 89, 92 (2d Cir. 2008). Accordingly, it is hereby

ORDERED that no action will be taken on behalf of Greenwich without the application being made by an attorney admitted to practice before this Court who has filed a notice of appearance on behalf of Greenwich. If no appearance by counsel is filed on OR before the date on which Greenwich's answer is due, an order of default may be entered against Greenwich.

IT IS FURTHER ORDERED that Snehal Patel cease submitting communications to the Chambers e-mail inbox.


Dated:   New York, New York
         September 10, 2021

                                          _____
                                                DENISE COTE
                                          United States District Judge