```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
AEGIS CAPITAL CORP,                      :
                                         :    21cv7344 (DLC)
                       Plaintiff,        :
                                         :        ORDER
         -v-                             :
                                         :
GREENWICH LIFESCIENCES, INC.,            :
                                         :
                       Defendant.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On September 10, 2021, the Court ordered Snehal Patel, the CEO of defendant Greenwich Lifesciences, Inc. ("Greenwich"), to cease submitting communications ex parte to the chambers e-mail inbox. Between September 10 and September 13, the chambers e-mail inbox has received three more communications with attached documents from Patel. Accordingly, it is hereby

ORDERED that plaintiff's counsel promptly serve copies of the Orders of September 10 and today's Order on Greenwich and Patel.

IT IS FURTHER ORDERED that the hearing of September 15, scheduled for 11:00 a.m., will be conducted by telephone.  To participate in the hearing, the defendant must be represented by counsel at the hearing and that attorney must file a notice of appearance on behalf of the corporation in advance of the hearing.

IT IS FURTHER ORDERED that the parties shall use the following dial-in instructions for the telephone conference:

Dial-in:       888-363-4749

Access code:   4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

SO ORDERED:

Dated:    New York, New York
          September 13, 2021

_____
DENISE COTE
United States District Judge