```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
AEGIS CAPITAL CORP,                       :
                                          :    21cv7344 (DLC)
                         Plaintiff,       :
                                          :        ORDER
             -v-                          :
                                          :
GREENWICH LIFESCIENCES, INC.,             :
                                          :
                         Defendant.       :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On September 15, 2021, a hearing was held to show cause why a temporary restraining order entered against the defendant should not be extended and a preliminary injunction entered. For the reasons stated on the record, it is hereby

ORDERED that the temporary restraining order entered on September 2, 2021 is vacated. Plaintiff's motion for preliminary injunction is denied.

IT IS FURTHER ORDERED that the parties shall enter private mediation to occur the week of **September 27, 2021.**

SO ORDERED:

Dated:    New York, New York
          September 15, 2021

                                    _____
                                           DENISE COTE
                                    United States District Judge