UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                               :
AEGIS CAPITAL CORP.,                   :
                                               :
                           Plaintiff,     :
                     -v-                            :          21cv7344(DLC)
                                               :
GREENWICH LIFESCIENCES, INC.,     :          ORDER OF
                                               :         <u>DISCONTINUANCE</u>
                          Defendant.    :
                                               :
---------------------------------------- X

DENISE COTE, District Judge:

    It having been reported to this Court that this case has been settled, it is hereby

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **November 19, 2021.** If no such application is made by that date, today's dismissal of the action is with prejudice. See <u>Muze, Inc. v. Digital On Demand, Inc.</u>, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

    IT IS FURTHER ORDERED that the initial pretrial conference scheduled for today, October 20, is adjourned.

    SO ORDERED:

Dated:    New York, New York
            October 20, 2021

                                        _____
                                            DENISE COTE
                                  United States District Judge